JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINETH G.J.,[1] an Individual, | Case No.: 2:20-11041 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI,[2] Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Complaint, and thus the docket caption, do not name the current Acting Commissioner. On July 9, 2021, Kijakazi became the Acting Commissioner of Social Security. Thus, she is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

1  that the decision of the Commissioner of Social Security is affirmed, and this action is
2  dismissed with prejudice.
3
4  DATED: September 28, 2022
5                                                  /s/ Autumn D. Spaeth
                                       THE HONORABLE AUTUMN D. SPAETH
                                       United States Magistrate Judge